JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN MARQUEZ,<br><br>Petitioner,<br><br>vs.<br><br>MIKE McDONALD, Warden,<br><br>Respondent. | Case No. CV 09-4850-DMG (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: May 31, 2011

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1